1
2
3
4
5                     IN THE UNITED STATES DISTRICT COURT

6                    FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8   JUAN R. AGUILAR,                           1:08-cv-001745 (HC)

9            Petitioner,                       ORDER GRANTING MOTION
                                               TO PROCEED IN FORMA PAUPERIS
10       vs.
                                               (DOCUMENT #2)
11  M. S. ADAMS,

12           Respondent.
                                    /
13

14          Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

15  28 U.S.C. § 2254.

16          Petitioner has filed a motion to proceed in forma.   Examination of these documents reveals

17  that petitioner is unable to afford the costs of this action.  Accordingly, the motion to proceed in

18  forma pauperis is GRANTED.  See 28 U.S.C. § 1915.

19

20

21  IT IS SO ORDERED.

22  Dated:   **November 24, 2008**                    **/s/ Theresa A. Goldner**
                                                   UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28